IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv84

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE BANK OF ASHEVILLE, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW Q. HAGER and EDWARD H. WORLUND, )<br>)<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On May 10, 2011, the Court entered a Pretrial Order and Case Management Plan, ordering the parties to select and agree upon a mediator and to a file with the Court a report identifying the selected mediator by May 31, 2011. [Doc. 6 at 7]. To date, no such report has been filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file a report identifying their selected mediator within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: June 30, 2011

Martin Reidinger
United States District Judge