# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11cv84

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for THE BANK OF ASHEVILLE, </br></br>Plaintiff, </br></br>vs. </br></br>ANDREW Q. HAGER and EDWARD H. WORLUND, </br></br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On May 10, 2011, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before November 15, 2011. [Doc. 6]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: November 28, 2011

Martin Reidinger
United States District Judge