# United States District Court
# For The Western District of North Carolina
# Asheville Division

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
THE BANK OF ASHEVILLE,

       Plaintiff,

vs.

ANDREW Q. HAGER and EDWARD
H. WORLUND,

       Defendants.

JUDGMENT IN A CIVIL CASE

1:11cv84

DECISION BY COURT. This action having come before the Court and a decision having been rendered as to Defendant Andrew Q. Hager, only;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered as to Defendant Andrew Q. Hager, only in accordance with the Court's 3/6/2012 Memorandum of Decision and Order.

       Signed: March 6, 2012

       _____
       Frank G. Johns, Clerk
       United States District Court